UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS,<br><br>Plaintiff,<br><br>v.<br><br>THE DAVIDIAN SEVENTH-DAY ADVENTIST ASSOCIATION,<br><br>Defendant. | Case No.   1:24-mc-00067-EPG<br><br>ORDER DENYING, WITHOUT PREJUDICE, MOTION TO SUPBOENA AMAZING FACTS INTERNATIONAL<br><br>(ECF No. 2). |

The Davidian Seventh-day Adventist Association (DSDAA) filed this miscellaneous action on May 15, 2024. That same day, DSDAA filed two motions requesting that the Clerk of Court issue two subpoenas. (ECF Nos. 1, 2).

On May 17, 2024, the Court issued an order granting the motion to subpoena as to Secrets Unsealed. (ECF No. 3). However, the Court ordered DSDAA to show cause why its motion to subpoena Amazing Facts International should not be denied without prejudice because it appeared that DSDAA should have filed the motion in the Sacramento Division of this District.

DSDAA has filed a response to the show cause order, stating as follows: "Pursuant to the Court's Order [Dkt 3], the Subpoena to Amazing Facts International should not be denied because it is being concurrently filed in the correct district, i.e., Sacramento County." (ECF No. 4, p. 1). Attached to the response is a copy of the motion filed in the Sacramento Division, in Case No. 2:24-at-00637.

1

While DSDAA asserts that the motion should not be denied because it has now been filed in the Sacramento Division, this argument is not supported by any reasoned explanation. Importantly, as explained in the Court's prior order, because the pertinent addresses arise in the Sacramento Division, the motion should proceed there, not in this Division. Further, the same motion cannot proceed before two courts in this District at the same time. *See Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) ("Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.") (*overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008)) (internal quotation marks and citations omitted).

Accordingly, IT IS ORDERED that the motion to subpoena Amazing Facts International (ECF No. 2) is DENIED without prejudice to DSDAA pursuing its motion in the Sacramento Division.

IT IS SO ORDERED.

Dated:   **May 21, 2024**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2