

**United States District Court**
**Eastern District of California**

FILED
FEB 07 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

General Conference Corporation of Seventh-day Adventists

Plaintiff(s)

Case Number: 1:24-mc-00067-EPG

V.

The Davidian Seventh-day Adventist Association

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Theodore J. Chiacchio hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: The Davidian Seventh-day Adventist Association

On November 7, 2019 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [x] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: February 5, 2025

Signature of Applicant: /s/ Theodore J. Chiacchio

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Theodore J. Chiacchio |
| Law Firm Name: | Chiacchio IP, LLC |
| Address: | 307 North Michigan Avenue, Suite 806 |
| City: | Chicago    State: IL    Zip: 60601 |
| Phone Number w/Area Code: | 312-815-2384 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | tchiacchio@chiacchioip.com |
| Secondary E-mail Address: | tchiacchio1@icloud.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael L. Meeks |
| Law Firm Name: | Buchalter, APC |
| Address: | 18400 Von Karman Avenue, Suite 800 |
| City: | Irvine    State: CA    Zip: 92612 |
| Phone Number w/Area Code: | 949-760-1121    Bar # 172000 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/7/25

_____
JUDGE, U.S. DISTRICT COURT



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
## www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
2/5/2025

Re: Theodore Joseph Chiacchio
Attorney No. 6332547

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Theodore Joseph Chiacchio was admitted to practice law in Illinois on 11/7/2019; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar